# Exhibit 1



**EDEN**

Central Valley *Eden Environmental Defenders*

February 13, 2026

VIA PERSONAL SERVICE

| THUNDERBOLT WOOD TREATING CO., INC.<br>ATTN: Managing Agent<br>3400 Patterson Rd<br>Riverbank, California 95367 | Leonard Lovalvo<br>Agent for Service of Process<br>THUNDERBOLT WOOD TREATING CO., INC.<br>3400 Patterson Rd<br>Riverbank, California 95367 |
|---|---|

**Re: Notice of Violations and Intent to File Suit Under the Clean Water Act and Resource Conservation and Recovery Act**

To the Recipient above:

Please accept this letter ("Letter") as notice of THUNDERBOLT WOOD TREATING CO., INC.'s ("Thunderbolt") violations of the Clean Water Act ("CWA") and Resource Conservation and Recovery Act ("RCRA"). Eden Environmental Defenders ("EDEN") and EarthSpotter intend to file suit for these violations. Thunderbolt has violated, and continues to violate, the CWA and California's General Permit for Storm Water Discharges Associated with Industrial Activities ("Permit").[1] ███████████████████████████████████. These violations occur at Thunderbolt's industrial manufacturing facility at 3400 Patterson Rd, Riverbank, California 95367 ("Facility").

This Letter notifies you that the Facility is unlawfully discharging polluted storm water into local surface waters, violating the Permit and the CWA. CWA Section 505(b)[2] requires that 60 days notice be given to the alleged violator before a citizen can file a lawsuit. ███████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████

Notice of a CWA citizen suit must also be given to (1) the Administrator of the Environmental Protection Agency ("EPA"), (2) the Regional Administrator of the EPA, (3) the Executive Officer of the State's water pollution control agency where the violations occurred, and (4) if a corporation, the registered agent of the corporation.[3] ██████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████

---

[1] National Pollutant Discharge Elimination System ("NPDES") Order WQ 2014-0057-DWQ, as amended by Order WQ 2015-0122-DWQ & Order WQ 2018-0028-DWQ.
[2] 33 U.S.C. § 1365(a).
[3] 40 C.F.R. § 135.2(a)(1).

Thunderbolt is the owner and/or operator of the Facility and responsible for implementing CWA requirements and Permit terms at the Facility and its discharges. ████████████████ ████████████████████████████████████████████████████████████ This Letter is issued pursuant to respective citizen suit provisions of ██████ and the CWA and EarthSpotter and EDEN intend to file suits when the applicable notice period expires.

## 1. The Facility

### 1.1 The Facility's Ownership and Operations

The Facility "chemically treats various types wood products so that they are resistant to deterioration due to microbial and insect activity" under SIC 2491 (Wood Preserving Establishments).[4] Manufacturing facilities with this SIC code must submit a Notice of Intent ("NOI") to enroll for coverage under the Permit to the State Water Resources Control Board ("State Water Board"). Thunderbolt filed an NOI on May 22, 2022. The Facility was issued the Waste Discharge Identification Number ("WDID") 5S50I028660. Thunderbolt owns and operates the Facility. As a result, it is responsible under the CWA for all violations arising from the Facility's operations and storm water discharges.

The Permit requires that Thunderbolt develop and implement a Storm Water Pollution Prevention Plan ("SWPPP") and an associated map that describes the layout and Facility's storm water flow ("Site Map").[5] Thunderbolt uploaded its most recent SWPPP and Site Map to the Stormwater Multiple Application and Report Tracking System ("SMARTS") on December 24, 2020.

To effectuate its manufacturing, the Facility cuts, treats, and dries wood, stores raw and industrial materials, stores, uses, and maintains equipment like forklifts, ships and receives goods, and loads and unloads goods.[6]

Industrial activities occur across the entire site, thus the entire Facility requires coverage under the Permit. The Permit's definition of "storm water associated with industrial activities," and its discussion of material handling, also require coverage for non-industrial area storm water that commingles with industrial storm water. Because the Facility lacks Best Management Practices or other controls to keep these flows separate, industrial storm water mixes with non-industrial storm water throughout the site. Accordingly, all storm water discharges from the Facility must be covered by the Permit.

Numerous industrial operations and materials at the Facility are located outdoors without sufficient roofing or other protection to keep storm water and non-storm water flows from

---

[4] SWPPP § 1.1; Facility's NOI.
[5] Permit § X.
[6] SWPPP § 1.1.

contacting pollutant sources. In many areas, the Facility also lacks proper secondary containment or other necessary treatment controls to stop contaminated storm water or non-storm water from leaving the site.

Pollutants generated indoors or beneath partial cover also routinely escape through wind dispersion, vehicle and foot traffic, and other pathways, spreading contamination throughout the Facility grounds. Pollutants from the Facility's industrial activities are, and have been, transported across the site and beyond its boundaries through tracking by vehicles and employees, wind, and storm water movement around the Facility and exiting the property.

### 1.2 The Facility's Storm Water Drainage

The Facility is twenty-two acres, with 66% of the site consisting of impervious buildings or surfaces. The remaining site consists of gravel industrial areas and vegetated land.

The site is relatively flat, with a two foot berm around the entire property, except the driveway. Per the site map, the site has six drainage areas. Drainage area 1 is in the property's northwest corner and storm water flows into one of the three drop inlets before discharging into the City of Riverbank's Municipal Separate Storm Sewer System ("MS4"). The Facility has numerous sumps around the property that pump water from the remaining drainage basins into either the storm water retention basin in the southwest corner or surface impoundment. The Facility identified one sampling location on the site map, the lift station, before the storm water discharges into the MS4. Industrial activities take place in each drainage area.

The Central Valley Regional Water Quality Control Board ("Regional Board") inspected the Facility during a rain event to determine hydrologic conditions. Drainage area #3 flows from north to south and pools just north of sump #2. Sump #2 discharges near the surface impoundment. From there, gravity carries the storm water to either sumps #3 or #4 which discharge into the surface impoundment. Some of the surface impoundment bound water may also be pumped into above ground storage tanks, stored near the surface impoundment. Within drainage area #2 contains a drop inlet centrally located on the paved surface, which conveys the storm water from this surface to an unlined retention basin in the Facility's southwest region. Water pumped from sump #6 discharges into the vegetation in the Facility's eastern portion and has the potential to gravitate to the retention basin.

During the rain event, in the vegetated and gravel areas in the southeastern corner, storm water infiltrates into the ground and does not act as sheet flow. Significant pooling around the sumps indicate inadequate pumping and/or containment capacity. When the pooling occurs near the staining shed or other industrial processes, the storm water is contaminated with chemicals and other industrial pollutants.

The Regional Board identified three sampling locations in addition lift station spot: (1) the outfall clean out pipe in drainage area #1, (2) the storm water pipe that conveys water from the northern to southern region of drainage area #2, and (3) the discharge pipe from sump #6. The Regional Board did not clarify whether any storm water discharges out the driveway. The

January 30, 2025 inspection implies that storm water may not discharge out the driveway, but the gradient appears slight and depending on the surrounding conditions, may discharge.

The Facility does not provide calculations regarding flow into the unlined retention basin, or its capacity. Thus, storm water also likely discharges from this basin and would be a fifth sampling location.

Once storm water discharges into the MS4, it continues flowing north into the Stanislaus River, which feeds into San Joaquin River, the Sacramento Delta, including the Suisan Marsh Wetlands, the San Pablo Bay, the San Francisco Bay, and the Pacific Ocean. These downstream waters are collectively referred to as the Receiving Waters.

Unauthorized discharges of contaminated storm water and non-storm water diminish the quality of the Receiving Waters, interfere with EarthSpotter's and EDEN's members' ability to use and enjoy those waters, and create risks to human health, aquatic life, and ecosystem health.

## 2. EarthSpotter & EDEN

EarthSpotter is a California non-profit public benefit corporation. Its mailing address is 3209 Brant Street, San Diego, California 92103, and its telephone number is (619) 320 5270. EarthSpotter is committed to identifying environmental pollution and reducing its impacts on natural ecosystems—protecting clean water, air, and land, and addressing the effects of climate change on natural resources throughout California. In pursuit of its mission, EarthSpotter works to ensure compliance with environmental statutes, regulations, and other legal protections, including the CWA. When warranted, EarthSpotter brings enforcement actions on its own behalf and on behalf of its members.

EDEN is a ███████████████████████████████ in Davis, California. Its mailing address is 1520 E. Covell Blvd, Suite B5, Davis, California 95616 and its phone number is (800) 545 7215. █████████████████████████████████████████████████

## 3. The Facility's Polluted Storm Water Impacts on the Receiving Waters

During rain storms, enormous volumes of contaminated runoff from industrial sites—including this Facility—flow into storm drains and nearby waterways. Environmental agencies and water-quality experts widely agree that storm water is responsible for more than half of all pollution reaching rivers, streams, and other surface waters annually. Runoff carrying industrial pollutants degrades downstream ecosystems and harms wildlife that rely on clean water.

The Facility discharges elevated levels of the following pollutants: total suspended solids ("TSS"), total nitrate, copper, and zinc.[7] As discussed in Letter Section 4.4, the Facility also discharges phosphorus, iron, and chemical oxygen demand.

*The EPA Industrial Stormwater Fact Sheet Series, Sector A: Timber Products Facilities* identifies pollutants associated with wood preserving including TSS, biochemical oxygen demand, chemical oxygen demand, heavy metals, benzene, and acid/alkaline wastes.[8]

Contaminated runoff from the Facility diminishes the ecological value of the Receiving Waters, reducing the public's ability, and that of EDEN's and EarthSpotter's members, to use, appreciate, and enjoy these important water resources. The waterways receiving the Facility's storm water are environmentally sensitive and easily affected by pollution.

EarthSpotter's and EDEN's members live, work, recreate, and otherwise make use of the areas surrounding the waters that receive the Facility's discharges, including the Receiving Waters. These members rely on the Receiving Waters for activities such as swimming, boating, kayaking, surfing, birdwatching, wildlife observation, fishing, hiking, biking, walking, running, aesthetic enjoyment, and for educational and interpretive purposes. EarthSpotter and EDEN members also depend on these waters for scientific research, including pollution assessments, habitat monitoring, and restoration efforts.



Pollution from the Facility threatens the overall health of the Receiving Waters and, in turn, the plants and animals that depend on these habitats. When these natural systems are damaged, the public, including EDEN's and EarthSpotter's members, loses valuable recreational, educational, and scientific opportunities. Such contamination can also pose risks to human health. As a result, EDEN's and EarthSpotter's members are less inclined to visit or recreate near waters known to contain harmful metals, high nutrient levels, and other pollutants.

The *Water Quality Control Plan for the California Regional Water Quality Control Board Central Valley Region* ("Basin Plan") identifies the "Beneficial Uses" of water bodies in the region. A Beneficial Use is an identified way that the waterbody can be used such as recreation or water supply. The Lower Stanislaus River (HU 535.30) has the beneficial uses municipal and domestic supply; agricultural irrigation; agricultural stock watering; industry process; industry service supply; industrial power; contact and noncontact recreation; canoeing and rafting; cold and warm freshwater habitat; cold migratory species; warm and cold water spawning; and wildlife habitat. The San Joaquin River downstream of the Stanislaus River has the beneficial

---

[7] Exhibit 1, the Facility's storm water sampling data. The total Nitrate data is compared against the applicable standard for Nitrate+Nitrite ("N+N"), as total Nitrate is a component of N+N.
[8] https://www.epa.gov/sites/default/files/2015-10/documents/sector_a_timber.pdf (last visited January 23, 2026).

uses municipal and domestic supply; agricultural irrigation; agricultural stock watering; contact and noncontact recreation; canoeing and rafting; cold and warm freshwater habitat; cold and warm migratory species; warm and cold water spawning; and wildlife habitat. The Sacramento San Joaquin Delta has the beneficial uses include municipal and domestic supply; agricultural irrigation; agricultural stock watering; industry process; industry service supply; contact and noncontact recreation; cold and warm freshwater habitat; cold and warm migratory species; warm water spawning; wildlife habitat; and navigation. When the Facility discharges pollutants in excess of standards and objectives designed to protect water quality, the discharges impact or threaten to impact these Beneficial Uses.

If a waterbody cannot meet the water quality standards necessary to support its Beneficial Uses, it is considered impaired. According to the current 303(d) List of Impaired Water Bodies,[9] the Lower Stanislaus River is impaired for group A pesticides, toxicity, temperature, water, and mercury. The San Joaquin River (in Delta Waterways, southern portion) is impaired for water and temperature. The Delta Waterway is impaired for diazinon, furan compounds, group A pesticides, chlorpyrifos, organic enrichment/low dissolved oxygen, dioxin, invasive species, toxicity, PCBs (polychlorinated biphenyls), DDT (dichlorodiphenyltrichloroethane), mercury, temperature, and water. The San Joaquin River from the Delta Waterways to Stockton Ship Channel is impaired for toxicity, imidacloprid, temperature, and water. The Sacramento San Joaquin Delta is impaired for PCBs (polychlorinated biphenyls) (dioxin-like), selenium, PCBs (polychlorinated biphenyls), chlordane, dieldrin, dioxin compounds (including 2,3,7,8-TCDD), invasive species, furan compounds, DDT (dichlorodiphenyltrichloroethane), and mercury. When the Facility discharges the same pollutants as these impairments, the discharges cause or contributes to the Receiving Waters' impairments.

## 4. CWA and Permit Violations

In California, any entity that discharges storm water associated with designated industrial activities must comply with the Permit terms for such discharges to be lawful. As discussed below, the Thunderbolt via the Facility has violated and continues to violate the Permit's ▮▮▮▮▮▮▮▮▮▮, Effluent Limitations, ▮▮▮▮▮▮▮▮▮▮, and numerous other requirements designed to protect water quality.

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[9] 2024 Integrated Report - All Assessed Waters, https://www.waterboards.ca.gov/water_issues/programs/water_quality_assessment/2024-integrated-report.html.

*Thunderbolt Wood Treating*





## 4.2 Effluent Limitations Violations

The Permit requires dischargers to "implement BMPs that comply with the" Best Available Technology Economically Achievable ("BAT") for toxic and non-conventional pollutants and Best Conventional Pollutant Control Technology ("BCT") for conventional pollutants.[19] In particular, dischargers must implement these BMPs to "reduce or prevent discharges of pollutants in their storm water discharge in a manner that reflects best industry practice considering technological availability and economic practicability and achievability."[20]

The EPA's *NPDES Storm Water Multi-Sector General Permit for Industrial Activities* ("MSGP")'s benchmarks ("EPA Benchmarks") and the Permit's Numeric Action Levels ("NALs") provide numeric benchmarks to evaluate pollutant discharges in storm water.[21] In particular, EPA Benchmarks and NALs indicate "if best management practices are effective and if additional measures are necessary to control pollutants."[22] Exceedances of EPA Benchmarks and NALs indicate that the Facility has not implemented BMPs that comply with BAT and BCT standards.[23]



---

[18] *See* Exhibit 2, which includes the dates of all precipitation events above .1 inches recorded during the past five years, and the corresponding quantity of precipitation for each such event. The data in Exhibit 2 was recorded by the National Oceanic and Atmospheric Administration at a weather monitoring station(s) geographically nearest to the Facility with precipitation records. EarthSpotter and EDEN will include additional dates of rain events when that information becomes available. Data Codes: DAPR - Number of days included in the multiday precipitation total (MDPR); PRCP - Precipitation; MDPR - Multiday precipitation total (use with DAPR and DWPR, if available).
[19] Permit § V.A.
[20] Permit § V.A.
[21] EPA Benchmarks were developed by the EPA to indicate BAT and BCT technology, an objective, national standard, and thus applicable to the Facility.
[22] Permit, Attachment C at 5; MSGP § 4.2.2.
[23] *See id.*

Photographs and Regional Board inspections confirm that the Facility fails to implement basic BMPs such as covering industrial materials or storing them under a shelter. On January 30, 2025 and February 6, 2025, the  Regional Board inspected the Facility. The Regional Board identified numerous failures to comply with Permit BMPs including evidence of spills and leaks, without proper cleanup, uncontained drums with residue, rusty inutile equipment, rusty, uncovered industrial waste storage, chemical soaked drip pad, uncovered industrial materials like wood, and uncovered poly urea coated equipment, among others. In a rain event, the Facility left uncovered industrial materials like wood, waste storage, and chemical drums. A subset of photos from the Regional Board inspection are below. The Facility failed to upload any photographs to SMARTS demonstrating corrective actions.

Additionally, Google Earth imagery shows significant material trackout from the Facility's ingress and egress, also demonstrating a lack of adequate BMPs.



*Photograph 1: Displays raw materials, industrial waste, and chemical containers outside, uncovered, during a rain event.*



Photo 17.  Upon closer inspection, there is some leftover stain in the covered gravel portion of the staining area.  Water is pooling by the southwest portion of the paved slab, and adjacent gravel area.

*Photograph 2: Displays "leftover stain" in the staining area during a rain event, evidencing improper spill and leak prevention and cleanup procedures. Caption by the Regional Board.*



Photo 29.  There is a large industrial waste bin full of various metals/materials.  This is completely exposed to storm water.

*Photograph 3: Displays a rusty dumpster and rusty metal waste, uncovered. Caption by the Regional Board.*



Photo 34. Liquid filled containers are stored outdoors adjacent to the poly urea building and are not in secondary containment. Residue is observed.

Photograph 4: Displays chemical barrels with residue not in secondary containment. Caption by the Regional Board.



*Photograph 5: Displays rusty inutile equipment uncovered.*



*Photograph 6: Google Earth Imagery showing significant trackout, including contaminated storm water, in March 2021.*

Such poor housekeeping, failure to adopt adequate BMPs, and ineffective implementation

of BMPs fail to constitute BAT/BCT and casts doubt on the efficacy of other BMPs identified in the SWPPP. Thus, the Facility has failed to develop and implement BMPs that meet BAT/BCT requirements, in violation of Permit Effluent Limitation V.A.

The Facility violates Permit Effluent Limitation Section V.A. each time that storm water discharges from the Facility where the Facility failed to implement BMPs that meet BAT/BCT standards.[24] Each storm water discharge is a separate and distinct violation of the Permit and Section 301(a) of the CWA, 33 U.S.C. § 1311(a) that subjects the Facility to civil penalties. Permit Effluent Limitation V.A is an independent requirement, and carrying out the iterative process triggered by exceedances of the NALs listed at Table 2 of the Permit does not amount to compliance with Effluent Limitation V.A. The Facility owners and/or operators have been in violation since at least February 13, 2021, and EarthSpotter and EDEN will update the dates of violations when additional information and data become available.





### 4.4 SWPPP and MIP Violations

The Permit requires that dischargers develop and implement a site-specific SWPPP and Monitoring Implementation Plan ("MIP") designed to reduce and prevent pollutants from contaminating storm water. The SWPPP must identify and evaluate sources of pollutants associated with industrial activities that may affect the quality of storm water discharges, develop and implement site-specific BMPs to prevent the exposure of pollutants to storm water, and reduce or prevent the discharge of polluted storm water from industrial facilities.[32] The SWPPP should outline the necessary BMPs to meet BAT/BCT standards at the facility, based on site-specific conditions and pollutants, and must be revised as necessary to reflect any changes.

The SWPPP must include, at minimum, the following elements:

(1) A narrative description and summary of all industrial activities, potential pollutant sources, and potential pollutants;
(2) A site map showing the stormwater conveyance system, discharge points, flow direction, areas of actual or potential pollutant contact, nearby water bodies, and all pollutant control measures;
(3) A description of stormwater management practices;

---

[31] Exhibit 2.
[32] Permit § X.C.

(4) A description of the BMPs that will be implemented to reduce or prevent pollutants in stormwater discharges and authorized non-stormwater discharges;

(5) Procedures and BMPs for identifying and eliminating non-stormwater discharges;

(6) The locations where significant materials are shipped, stored, received, or handled, including typical quantities and handling frequency;

(7) A description of dust- and particulate-generating activities;

(8) A list of the individuals responsible for developing and implementing the SWPPP, along with their current roles;

(9) An MIP that identifies team members for monitoring tasks, discharge locations, visual observation and sampling procedures, and justification for alternative discharge locations or sampling reductions, and an example chain of custody.[33]

Dischargers must review their SWPPP at least once per year and update it as needed to remain in compliance with the Permit. Any significant revision to the SWPPP must be certified and submitted through SMARTS within 30 days.[34]

The Facility has failed and continues to fail to develop and implement a sufficient SWPPP and MIP, including an inadequate pollutant source assessment and BMPs section.

In particular, the SWPPP fails to:

(1) list all industrial materials onsite including locations where the material is stored, received, shipped, handled, the typical frequencies and quantities in violation of Permit Section X.F. In particular, the SWPPP lacks completeness. For example, the SWPPP's overview section names the five major chemicals used in the Facility's wood treating.[35] Nonetheless, the SWPPP does not list these chemicals, or any others used, in the industrial materials section.[36] Indeed, the industrial materials table generically states "treatment solutions" and the associated quantities and locations. The Permit requires a comprehensive list of specific industrial materials and requisite information for each material;[37]

(2) provide an adequate associated pollutant assessment for its activities in violation of X.G.2.ii. In particular, the SWPPP fails to identify all potential pollutants onsite based on its industrial processes. For example, the Facility uses Phopho Ammonium Boron, which contains phosphorus, and has rusty equipment and waste, which contains iron.[38] Given the Facility's toxic chemicals onsite, the Facility should also be testing for chemical oxygen demand ("COD"). Nonetheless, the Facility fails to identify phosphorus, COD, and iron as associated pollutants and include the parameters in the MIP;

---

[33] Permit § X.A-I.

[34] Permit § X.A-I.

[35] SWPPP at § 1.1.

[36] SWPPP at Table 2. Table 3 does provide slightly more specific information regarding chemical amounts, but not enough to comply with Permit Section X.F.

[37] Permit § X.F.

[38] SWPPP at § 1.1.

(3) provide site-specific BMPs and the associated narrative in violation of Permit Section X.H.4. For each BMP, the Facility must identify the pollutant that BMP is designed to reduce, the frequency or conditions when implemented, location, person responsible, equipment and tools necessary for the BMP, and procedures and instructions for the BMP. In particular, the SWPPP lacks completeness as to these requirements. For example, the Facility fails to identify any necessary tool to implement the BMPs;[39]

(4) identify all discharge locations that require sampling in violation of Permit Section I.2. The Regional Board identified three additional sampling locations. Nonetheless, the SWPPP and Site Map remains unchanged and the Facility failed to sample at each of the identified locations during its subsequent sampling dates;

(5) identify on the site map all required parameters such as waste storage, equipment maintenance, the location of all storm water collection and conveyance systems, and the discharge locations in violation of Permit Section X.E. Indeed, the Regional Board identified the Site Map as inadequate in the February 21, 2025 letter and the Facility has failed to upload to SMARTS a new map;

(6) include the required information for leaks and spills in violation of Permit Section X.G.d. The January 2025 Regional Board inspection noted several Facility areas with evidence of past leaks and spills;

(7) accurately analyze the Receiving Water impairments in violation of Permit Section X.G.2.ix. As discussed in Letter Section 4.3, the Facility does discharge pollutants that impact Receiving Water impairments.

Notably, the SWPPP incorporates documents produced to comply with the Facility's Order Number R5-2010-0125, *Waste Discharge Requirements for Thunderbolt Wood Treating Company, Inc. Lovalvo Leaonard & Grace Trust, Lovalvo Family 2005 Trust Class II Surface Impoundment Stanislaus County* (Title 27 WDR").[40] This is improper. The Title 27 WDR regulates discharges to the surface impoundment versus the Permit regulates storm water discharges off property. As employees, trucks, and other influences track materials and pollutants throughout the Facility, all Facility areas except the surface impoundment itself must contain Permit-compliant BMPs. Thus, any overlapping BMPs between the Permit and the Title 27 WDR, must be included in the SWPPP with the requisite information such as frequency and tools necessary to execute the BMP.

The Facility has failed to update its SWPPP in accordance with the requirements of the Permit. The Permit requires at least and annual analysis of SWPPP adequacy and an obligation to revise the SWPPP on an ongoing basis as needed. Any substantial SWPPP modification must be kept onsite and submitted to SMARTS within thirty days. However, despite the Facility's elevated pollutant levels in storm water discharges and being notified by the Regional Board of numerous Permit violations, the SWPPP has remained unchanged since 2020. Indeed, the

---

[39] *See generally* SWPPP § 8.
[40] *See generally* SWPPP § 8.

Regional Board identified the need to upload a new SWPPP by March 21, 2025 and the Facility has yet to comply.[41]

Each day that the Facility operates without adequately developing, implementing, and revising the Facility's SWPPP is a separate and distinct violation of the Permit and CWA. Each day that the Facility operates without adequately developing, implementing, and revising the Facility's MIP is a separate and distinct violation of the Permit and CWA. The Facility has operated and continues to operate without complying with the Permit's SWPPP and MIP requirements since at least February 13, 2021. The Facility is subject to civil penalties for all violations since that time. These violations are ongoing and EarthSpotter and EDEN will include additional violations when information becomes available.

### 4.5 Monitoring Violations

The Permit requires the Facility to monitor storm water discharges through (1) monthly visual observations, (2) sampling event observations, and (3) sampling its storm water runoff.[42] At least once per month, the Facility must inspect each drainage area for prior, current, or present unauthorized NSWDs, authorized NSWDs, and associated BMPs, and outdoor industrial activities and respective BMPs implementation. While sampling, the discharger shall observe whether the storm water had any floating or suspended materials, oil and grease, turbidity, odors, and potential sources of pollutants.

With respect to storm water sampling, a facility must collect four samples per reporting year: two during the first half of the reporting year (July 1–December 31) and two during the second half (January 1–June 30). If the facility participates in a compliance group, it is required to collect only one sample in each half of the reporting year (two total). All samples must be collected during a Qualified Storm Event ("QSE").[43] A QSE occurs when a precipitation event produces a "discharge for at least one drainage area; and . . . preceded by 48 hours with no discharge from any drainage area."[44] The sample must be collected within four hours of the start of the discharge or the "start of the facility operations if the QSE occurs within the previous 12-hour period."[45] The facility must monitor for (1) TSS, (2) oil and grease, (3) pH, (4) any SIC code specific parameters, (5) potential pollutants associated with the facility's industrial sources for which the Receiving Waters have 303(d) impairments or approved TMDLs, and (6) "identified by the [d]ischarger on a facility-specific basis that serve as indicators of the presence of all industrial pollutants identified in the pollutant source assessment," among others.[46]

The Facility has failed and continues to fail to collect and analyze its storm water discharges for the all parameters required by the Permit. As discussed in Section 4.4, the Facility should at

---

[41] Regional Board February 21, 2025 letter.
[42] Permit § XI.
[43] Permit § XI.B.
[44] Permit § XI.B.1.
[45] Permit § XI.B.5.
[46] Permit § XI.B.6.

*Thunderbolt Wood Treating*

least be testing for iron, phosphorus, and COD in addition to the identified parameters in the SWPPP.

The Facility has failed, and continues to fail, to collect the required four storm water samples each Reporting Year (see Table 1 below). This failure to obtain the requisite samples constitutes an ongoing and continuous violation of the Permit. Indeed, the Regional Board identified a failure to collect any storm water samples during the 2024-2025 reporting year as a Permit violation.[47] While the Facility did collect four samples during the 2024-2025 reporting year, all four were collected during the second half of the reporting year. The Facility is required to collect two samples during the first half of the reporting year.

| Reporting Year | Number of Dates Collected | Number Required |
|---|---|---|
| 2020-2021 | 1 | 4 |
| 2021-2022 | 2 | 4 |
| 2022-2023 | 4 | 4 |
| 2023-2024 | 1 | 4 |
| 2024-2025 | 4[48] | 4 |

*Table 1: Displays the number of samples collected by the Facility and the number required, per reporting year.*

As discussed in Section 1.2, the Facility has at least four sampling locations, potentially six. The Facility has failed and continues to fail to identify and sample from all locations.

The Facility fails to follow the sampling collection procedures outlined in Attachment H. For example, the Facility fails to deliver the samples to the lab within 48 hours of collection.[49]

Permit Section X.H.f requires that the Facility train its Pollution Prevention Team to implement the Permit including BMP implementation, BMP effectiveness, visual observations, and monitoring activities. Given the numerous deficiencies discussed in Section 4, the Facility has failed to adequately train its Pollution Prevention Team.

As discussed in Sections 4.2 *supra*, the Facility has failed to implement BMPs sufficient to prevent the discharge of pollutants. As a result, the Facility has also failed to conduct adequate monitoring as required by the Permit, including performing the required monthly visual observations of BMPs implementation. Indeed, the Regional Board identified a failure to comply with Permit Section X.H.1 for numerous reasons including the storage of rust equipment and material, evidence of leaks and spills, and improper chemical handling and storage.

---

[47] Regional Board February 21, 2025 letter.
[48] The Facility collected all four samples in the second half of the reporting year.
[49] *E.g.* March 5, 2025 sampling event lab report.

Each failure to conduct monitoring in accordance with the Permit constitutes a separate and distinct violation of the CWA and the Permit. The Thunderbolt Facility has operated, and continues to operate, without adequate monitoring since at least February 13, 2021, and is subject to civil penalties for all such violations occurring from that date forward. These violations are ongoing, and EarthSpotter and EDEN will identify and include additional violations as further information becomes available.

**4.6 Annual Reporting Violations**

Each year, by July 15th, the discharger "shall certify and submit via SMARTS an Annual Report."[50] The Annual Report shall include: (1) a compliance checklist indicating the facility complied with and "addressed all applicable requirements" of the Permit, (2) an explanation for any non-compliance, (3) any SWPPP amendments within the reporting year, and (4) the date of the Annual Evaluation.[51] The Annual Evaluation consists of a single comprehensive review of the facility's storm water practices, including an assessment of the prior year's sampling, visual monitoring, and observation records; an inspection of the facility's industrial activities and associated potential pollutants; an examination of drainage areas; an evaluation of any new BMPs and related equipment; and a review of the overall effectiveness of the BMPs.[52]

The Annual Report must be signed by the Facility's Legally Responsible Person or their Duly Authorized Representative.[53] CWA "[S]ection 309(c)(4) provides that any person that knowingly makes any false material statement, representation, or certification in any record or other document submitted or required to be maintained under this General Permit, including reports of compliance or noncompliance shall upon conviction, be punished by a fine of not more than $10,000 or by imprisonment for not more than two years or by both."[54]

The Facility has submitted multiple Annual Reports, each accompanied by certifications asserting that the Facility was in full compliance with the Permit. However, as outlined in Section 4 of this Letter, the Facility has violated—and continues to violate—numerous provisions of the Permit. Thus, these certifications are erroneous and the Facility's Legally Responsible Person should have known the Facility failed to comply with Permit requirements and these certifications were false.

The Facility's failure to meet the Permit's reporting obligations, along with the submission of false or misleading information, places the Facility in ongoing, daily noncompliance with the Permit. Each day that the Facility continues operations without submitting the required reporting constitutes a separate and distinct violation of the Permit and CWA. The Facility has been in continuous daily violation of the Permit's reporting requirements since at least February 13,

---

[50] Permit § XVI.A.
[51] Permit § XVI.B.
[52] Permit § XV.
[53] Permit § XXI.K.
[54] Permit § XXI.N.

2021. These violations continue, and EarthSpotter and EDEN will identify additional violations as new information becomes available.





22
*Thunderbolt Wood Treating*



## 7. Conclusion

EarthSpotter and EDEN remain open to discussing appropriate measures to address the violations outlined in this Letter. Nevertheless, once the applicable notice period concludes, EarthSpotter and EDEN intend to initiate a citizen enforcement action under Section 505(a) of the CWA based on the Facility's violations of the Permit and ███████████████████ ██████████

If you wish to engage in settlement discussions, please contact counsel for EarthSpotter and EDEN:

| EarthSpotter | EDEN |
| --- | --- |
| Natalie Marcin<br>General Counsel<br>EarthSpotter<br>3209 Brant Street<br>San Diego, CA 92103<br>(301) 751 7554 | Adam D. Brumm, Esq.<br>responses@edendefenders.org<br>Central Valley Eden Environmental Defenders, LLC<br>1520 E. Covell Blvd, Suite B5<br>Davis, CA 95616<br>(800) 545-7215, extension 906 |

---

66 ████████████████████

Sincerely,

Natalie Marcin
Attorney for EarthSpotter

*EDEN Environmental Defenders*

Service List

*Via U.S. Mail*

| | |
|---|---|
| Patrick Pulupa<br>Executive Officer<br>Central Valley Regional Water Quality Control Board<br>11020 Sun Center Drive, #200<br>Rancho Cordova, California 95670 | Lee Zeldin, Administrator<br>Environmental Protection Agency<br>Office of the Administrator 1101A<br>1200 Pennsylvania Ave N.W.<br>Washington, DC 20460 |
| Mike Martucci<br>Acting Regional Administrator<br>U.S. Environmental Protection Agency<br>Region IX<br>75 Hawthorne Street<br>San Francisco, California 94105 | Eric Oppenheimer<br>Executive Director<br>State Water Resources Control Board<br>P.O. Box 100<br>Sacramento, California 95812 |
| | Katherine Butler<br>Director<br>Department of Toxic Substances Control<br>P.O. Box 806<br>Sacramento, California, 95812 |

24
*Thunderbolt Wood Treating*





| STATION | NAME | DATE | PRCP |
|---|---|---|---|
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2026-01-05 | 0.65 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2026-01-04 | 0.28 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2026-01-03 | 0.12 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2026-01-01 | 0.75 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-12-26 | 0.42 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-12-25 | 0.46 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-12-24 | 0.66 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-11-18 | 0.88 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-11-17 | 0.55 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-11-16 | 1.52 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-11-14 | 0.58 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-11-13 | 0.16 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-10-15 | 0.84 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-10-14 | 1 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-09-25 | 0.12 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-04-26 | 0.38 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-04-02 | 0.2 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-03-18 | 0.42 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-03-17 | 0.24 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-03-15 | 0.51 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-03-14 | 0.2 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-03-13 | 1.01 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-03-06 | 0.37 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-03-05 | 0.17 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-03-03 | 0.1 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-02-14 | 0.3 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-02-13 | 0.99 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-02-07 | 0.2 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-02-05 | 0.64 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-02-04 | 0.22 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-02-01 | 0.2 |

Exhibit 2: Precipitation Data

| STATION | NAME | DATE | PRCP |
|---|---|---|---|
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2025-01-04 | 0.19 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-12-30 | 0.1 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-12-27 | 0.74 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-12-25 | 0.11 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-12-24 | 0.21 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-12-23 | 0.2 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-12-22 | 0.1 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-12-17 | 0.12 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-12-15 | 0.22 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-12-14 | 0.17 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-12-12 | 0.47 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-11-26 | 0.14 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-11-25 | 0.13 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-11-23 | 0.53 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-11-12 | 0.25 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-05-05 | 0.6 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-04-14 | 1.02 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-04-05 | 0.78 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-04-01 | 0.28 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-03-30 | 0.7 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-03-24 | 0.19 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-03-23 | 0.34 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-03-04 | 0.12 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-03-03 | 0.12 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-03-02 | 0.11 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-02-21 | 0.23 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-02-19 | 0.71 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-02-18 | 0.13 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-02-15 | 0.61 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-02-08 | 0.63 |

| STATION | NAME | DATE | PRCP |
|---|---|---|---|
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-02-06 | 0.14 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-02-05 | 0.98 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-02-04 | 0.36 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-02-03 | 0.14 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-02-02 | 0.27 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-02-01 | 1.13 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-01-25 | 0.12 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-01-24 | 0.19 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-01-23 | 0.22 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-01-22 | 1.42 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-01-21 | 0.34 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-01-20 | 0.11 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-01-17 | 0.52 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-01-14 | 0.3 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-01-11 | 0.13 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-01-07 | 0.16 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2024-01-03 | 0.55 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-12-30 | 0.81 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-12-28 | 0.31 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-12-21 | 0.42 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-12-20 | 0.13 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-12-19 | 0.21 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-12-18 | 0.33 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-11-19 | 0.52 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-11-18 | 0.17 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-10-23 | 0.1 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-05-03 | 0.11 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-03-30 | 0.23 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-03-29 | 0.58 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-03-23 | 0.34 |

Exhibit 2: Precipitation Data

| STATION | NAME | DATE | PRCP |
| --- | --- | --- | --- |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-03-22 | 0.39 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-03-21 | 0.19 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-03-20 | 0.1 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-03-15 | 0.11 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-03-14 | 0.28 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-03-13 | 0.53 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-03-12 | 0.1 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-03-11 | 0.13 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-03-10 | 0.96 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-03-06 | 0.3 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-03-05 | 0.25 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-03-01 | 0.41 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-02-28 | 0.25 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-02-27 | 0.61 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-02-25 | 0.6 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-02-24 | 0.46 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-02-06 | 0.16 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-02-05 | 0.1 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-01-30 | 0.11 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-01-19 | 0.13 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-01-16 | 1.69 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-01-15 | 0.53 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-01-14 | 0.24 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-01-12 | 0.24 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-01-11 | 0.36 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-01-10 | 0.65 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-01-09 | 0.65 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-01-08 | 0.25 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-01-06 | 0.16 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-01-05 | 0.35 |

| STATION | NAME | DATE | PRCP |
| --- | --- | --- | --- |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-01-03 | 0.43 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2023-01-01 | 1.67 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2022-12-31 | 0.3 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2022-12-30 | 0.6 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2022-12-29 | 0.12 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2022-12-28 | 0.78 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2022-12-27 | 1 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2022-12-12 | 0.26 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2022-12-11 | 1.46 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2022-12-04 | 0.78 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2022-12-02 | 0.68 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2022-11-09 | 0.32 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2022-11-08 | 0.31 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2022-11-07 | 0.24 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2022-04-22 | 0.16 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2022-04-21 | 0.18 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2022-03-28 | 0.48 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-12-29 | 0.1 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-12-28 | 0.38 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-12-27 | 0.22 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-12-26 | 0.46 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-12-24 | 1.12 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-12-22 | 0.11 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-12-16 | 0.3 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-12-14 | 1.63 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-12-13 | 0.64 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-12-09 | 0.1 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-12-07 | 0.17 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-11-09 | 0.21 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-10-26 | 0.22 |

Exhibit 2: Precipitation Data

| STATION | NAME | DATE | PRCP |
|---|---|---|---|
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-10-25 | 3.03 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-10-24 | 0.18 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-10-23 | 0.17 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-10-22 | 0.48 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-03-19 | 0.23 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-03-16 | 0.1 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-03-15 | 0.18 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-03-10 | 0.25 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-02-12 | 0.4 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-02-03 | 0.65 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-01-29 | 1.31 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-01-28 | 1.6 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-01-27 | 0.99 |
| US1CASS0006 | MODESTO 4.1 NW, CA US | 2021-01-25 | 0.15 |