DOWNEY BRAND LLP
ROBERT P. SORAN (Bar No. 169577)
rsoran@downeybrand.com
KATHRYN A. TIPPLE (Bar No. 327929)
ktipple@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100

Attorneys for Defendant Thunderbolt Wood Treating Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Central Valley Eden Environmental Defenders, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Thunderbolt Wood Treating Co., Inc., a California Corporation,<br><br>Defendant. | Case No. 2:26-cv-01699-TLN-SCR<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**<br><br>Judge: Troy L. Nunley |

The Court having considered the Parties' Joint Motion on Stipulation for Extension of Time to File Responsive Pleading to First Amended Complaint, and for good cause having been shown for an extension of time, hereby ORDERS as follows:

1. Defendant's deadline to file responsive pleading to First Amended Complaint in this action shall be due on **October 19, 2026**.

**IT IS SO ORDERED.**

DATED: August 24, 2026

Troy L. Nunley
Chief United States District Judge